FBI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

KHALIL MENTION a/k/a "Lil"
*Defendant*

Case No. 24-CR-183-2

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KHALIL MENTION a/k/a "Lil"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1594(c) - CONSPIRACY TO COMMIT SEX TRAFFICKING OF A MINOR 18:1591(a)(1), (b)(2), (c) - SEX TRAFFICKING OF A MINOR

Date: 05/03/2024

s/ Eric Sobieski
*Issuing officer's signature*

City and state: Philadelphia, Pa

Eric Sobieski, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/2/24, and the person was arrested on *(date)* 5/9/24
at *(city and state)* Philadelphia, PA

Date: 5/13/24

*Arresting officer's signature*

Daniel J John
*Printed name and title*